UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL DENNY WRIGHT,

    PLAINTIFF,

v.                                                     Case No.:

                                                    1:20-cv-402-JB-B

HIRERIGHT, LLC, *ET AL.*,

    DEFENDANT.

## NOTICE OF SETTLEMENT

Plaintiff Michael Wright ("Plaintiff") hereby notifies the court that Plaintiff and Defendant HireRight, LLC have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement.[1] Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before June 14, 2021.

                                                Respectfully submitted,

                                                ***/s/ Micah S. Adkins***
                                                Micah S. Adkins
                                                (S.D. Ala. Bar No. adkim8639)
                                                **THE ADKINS FIRM, P.C.**
                                                1025 Westhaven Blvd., Suite 220
                                                Franklin, Tennessee 37064
                                                Telephone: (615) 370.9659
                                                Facsimile: (205) 208.9632
                                                Email: MicahAdkins@ItsYourCreditReport.com
                                                *COUNSEL FOR PLAINTIFF*
                                                *MICHAEL DENNY WRIGHT*

---

[1] This matter is currently set for a Settlement Conference on June 10, 2021, at 12:30 p.m. The parties' settlement moots the necessity of the conference.

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

M. Brent Yarborough
MAURICE WUTSCHER LLP
420 N. 20th Street, Suite 2200
Birmingham, AL 35203

John G. Papianou
MONTGOMERY MCCRACKEN WALKER
& RHOADS LLP
1735 Market Street
Philadelphia, PA 19103

*/s/ Micah Adkins*
Micah S. Adkins